# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
ATTORNEY(S) GODDARD LAW PLLC
39 BROADWAY SUITE 1540 NEW YORK, NY 10006 | PH: (646) 504-8363

Index Number: 810512/2022E
Date Filed: 07/19/2022

ALTHEA BEAZER

Plaintiff

vs

REBEKAH REHAB & EXTENDED CARE CENTER, KENNETH GELB, CONNIE CAPALDO, AND IVAN RAMKHELAWAN-SIN

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

BYRAN E. MCELDERRY, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/7/2022**, at **2:41 PM** at **1072 HAVEMEYER AVENUE, BRONX, NY 10462**, Deponent served the within **SUMMONS WITH NOTICE AND NOTICE OF ELECTRONIC FILING (MANDATORY)**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **REBEKAH REHAB & EXTENDED CARE CENTER**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Lakayia Simpson** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Lakayia Simpson is as follows:

Sex: Female    Color of skin: Black    Color of hair: Black    Age: 33
Height: 5ft9in-6ft0in    Weight: 161-200 Lbs.    Other :

On **November 10, 2022**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Sworn to before me on November 10, 2022

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
BYRAN E. MCELDERRY
Lic# 869802
Job #: 2241150

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
ATTORNEY(S) GODDARD LAW PLLC
39 BROADWAY SUITE 1540 NEW YORK, NY 10006 | PH: (646) 504-8363

Index Number: 810512/2022E
Date Filed: 07/19/2022

ALTHEA BEAZER

Plaintiff

vs

REBEKAH REHAB & EXTENDED CARE CENTER, KENNETH GELB, CONNIE CAPALDO, AND IVAN RAMKHELAWAN-SIN

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

BYRAN E. MCELDERRY, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/7/2022**, at **2:41 PM** at **1072 HAVEMEYER AVENUE, BRONX, NY 10462**, Deponent served the within **SUMMONS WITH NOTICE AND NOTICE OF ELECTRONIC FILING (MANDATORY)**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **KENNETH GELB**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Lakayia Simpson (Co-Worker), a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of **Lakayia Simpson** is as follows:

**Sex**: Female   **Color of skin**: Black   **Color of hair**: Black   **Age**: 33
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other**:

On **November 10, 2022**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on November 10, 2022

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
BYRAN E. MCELDERRY
Lic# 869802
Job #: 2241153

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
UNITED PROCESS SERVICE

1 of 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**
ATTORNEY(S) GODDARD LAW PLLC
39 BROADWAY SUITE 1540 NEW YORK, NY 10006 | PH: (646) 504-8363

Index Number: 810512/2022E
Date Filed: 07/19/2022

ALTHEA BEAZER

Plaintiff

vs

REBEKAH REHAB & EXTENDED CARE CENTER, KENNETH GELB, CONNIE CAPALDO, AND IVAN RAMKHELAWAN-SIN

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

BYRAN E. MCELDERRY, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/7/2022**, at **2:41 PM** at **1072 HAVEMEYER AVENUE, BRONX, NY 10462**, Deponent served the within **SUMMONS WITH NOTICE AND NOTICE OF ELECTRONIC FILING (MANDATORY)**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CONNIE CAPALDO**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Lakayia Simpson (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **Lakayia Simpson** is as follows:

**Sex**: Female  **Color of skin**: Black  **Color of hair**: Black  **Age**: 33
**Height**: 5ft9in-6ft0in  **Weight**: 161-200 Lbs.  **Other**:

On **November 10, 2022**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on November 10, 2022

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
BYRAN E. MCELDERRY
Lic# 869802
Job #: 2241154

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*

1 of 1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**
ATTORNEY(S) GODDARD LAW PLLC
39 BROADWAY SUITE 1540 NEW YORK, NY 10006 | PH: (646) 504-8363

Index Number: 810512-22

**ALTHEA BEAZER**

Plaintiff

vs

**REBEKAH REHAB & EXTENDED CARE CENTER, ET AL**

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

BYRAN E. MCELDERRY, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/10/2022**, at **8:34 PM** [redacted], Deponent served the within **SUMMONS WITH NOTICE WITH NOTICE OF ELECTRONIC FILING**. On: **IVAN RAMKHELAW-SIN AKA IVAN R SINGH**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male  **Color of skin**: Brown  **Color of hair**: Dark Brown  **Age**: 40
**Height**: 5ft4in-5ft8in  **Weight**: 131-160 Lbs.  **Other**: glasses

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on November 11, 2022

Joseph Knight
Notary Public State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
BYRAN E. MCELDERRY
Lic# 869802
Job #: 2242545

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*

1 of 1