# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

ALTHEA BEAZER,

                      Plaintiff,

v.

REBEKAH REHAB & EXTENDED CARE CENTER, KENNETH GELB, CONNIE CAPALDO, and IVAN RAMKHELAWAN-SIN,

                      Defendants.

Index No.: 810512/2022E

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

---

**COUNSEL**:

    **PLEASE TAKE NOTICE** that David D. Cramer, Esq. of the law firm Walsh Pizzi O'Reilly Falanga, LLP, hereby enters an appearance as counsel of record for Rebekah Rehab & Extended Care Center, Kenneth Gelb, Connie Capaldo, and Ivan Ramkhelawan-Singh (improperly pled as "Ivan Ramkhelawan-Sin"), in the above-captioned action and demands that Plaintiff serve the undersigned, at the office address listed below, with:

    (1) A copy of the complaint, within twenty (20) days of service of this Demand; and

    (2) All papers in this action.

Dated: Newark, NJ
November 28, 2022

Very truly yours,

**WALSH PIZZI O'REILLY FALANGA, LLP**
*Attorneys for Defendants Rebekah Rehab & Extended Care, Kenneth Gelb, Connie Capaldo, and Ivan Ramkhelawan-Singh*

By: /s/ *David D. Cramer*
David D. Cramer
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: 973-757-1100
dcramer@walsh.law

TO: Megan S. Goddard, Esq.
Goddard Law PLLC
*Attorneys for Plaintiff Althea Beazer*
39 Broadway, Suite 1540
New York, NY 10006
Tel: 646-964-1178
megan@goddardlawnyc.com