# EXHIBIT D

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**
-------------------------------------------------------------------------x
ALTHEA BEAZER,                                                    Index No.:  810512/2022E

                              Plaintiff,                          **STIPULATION**
                                                                 **EXTENDING TIME**
              -against -                                          **TO FILE COMPLAINT**

REBEKAH REHAB & EXTENDED CARE CENTER,
KENNETH GELB, CONNIE CAPALDO, and
IVAN RAMKHELAWAN-SIN,

                              Defendants.
-------------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

         1.      Plaintiff's time to file her Complaint shall be extended from December 19, 2022,

to January 2, 2023.

         **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed

in counterparts and such counterparts together shall constitute the entire Stipulation.  Fax/email

signatures shall be deemed originals.

**Dated:  New York, New York**
         **December 1, 2022**


 **GODDARD LAW PLLC**                          **WALSH PIZZI O'REILLY FALANGA, LLP**

 /s/ Megan S. Goddard                          /s/ David D. Cramer
 _____               _____
 Megan S. Goddard, Esq.                         David D. Cramer, Esq.
 39 Broadway, Suite 1540                        Three Gateway Center
 New York, New York 10006                       100 Mulberry Street, 15th Floor
 Tel:  646-964-1178                             Newark, NJ 07102
 Mgoddard@goddardlawnyc.com                     Tel:  973-757-1100
                                                dcramer@walsh.law
 *Attorneys for Plaintiff Althea Beazer*
                                                *Attorneys for Rebekah  Rehab  &  Extended*
                                                *Care, Kenneth Gelb, Connie Capaldo, and Ivan*
                                                *Ramkhelawan-Singh*


1

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**
-----------------------------------------------------------------------x
ALTHEA BEAZER,                                                    **Index No.:  810512/2022E**

                        Plaintiff,                        **STIPULATION**
                                              **EXTENDING TIME**
        -against -                        **TO FILE COMPLAINT**

REBEKAH REHAB & EXTENDED CARE CENTER,
KENNETH GELB, CONNIE CAPALDO, and
IVAN RAMKHELAWAN-SIN,

                        Defendants.
-----------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

       1.      Plaintiff's time to file her Complaint shall be extended from December 19, 2022, to January 2, 2023.

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and such counterparts together shall constitute the entire Stipulation.  Fax/email signatures shall be deemed originals.

**Dated:  New York, New York**
           **December 1, 2022**

  **GODDARD LAW PLLC**                   **WALSH PIZZI O'REILLY FALANGA, LLP**

/s/ *Megan S. Goddard*                /s/ **David D. Cramer**
_____     _____
Megan S. Goddard, Esq.                    David D. Cramer, Esq.
39 Broadway, Suite 1540                   Three Gateway Center
New York, New York 10006               100 Mulberry Street, 15th Floor
Tel:  646-964-1178                          Newark, NJ 07102
Mgoddard@goddardlawnyc.com           Tel:  973-757-1100
                                        dcramer@walsh.law
*Attorneys for Plaintiff Althea Beazer*

                                        *Attorneys for Rebekah  Rehab  &  Extended Care, Kenneth Gelb, Connie Capaldo, and Ivan Ramkhelawan-Singh*

1