# EXHIBIT G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

ALTHEA BEAZER,

               Plaintiff,

vs.

REBEKAH REHAB & EXTENDED CARE CENTER, KENNETH GELB, CONNIE CAPALDO, and IVAN RAMKHELAWAN-SIN,

               Defendants.

Index No.: 810512/2022E

**CONSENT TO CHANGE ATTORNEY**

---

IT IS HEREBY CONSENTED, that the law firm of **KAUFMAN BORGEEST & RYAN, LLP**, 120 Broadway, 14th Floor, New York, New York 10271 be substituted in place and instead of **WALSH PIZZI O'REILLY FALANGA, LLP,** Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, New Jersey 07102 as attorneys for the defendant, **IVAN RAMKHELAWAN-SINGH** in the above-entitled action as of the date hereof.

Dated: New York, New York
        January 24, 2023

**WALSH PIZZI O'REILLY FALANGA, LLP**

By: _[signature]_
David D. Cramer, Esq.
Outgoing counsel for Defendant
*Ivan Ramkhelawan-Singh*
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
973.757.1021
DCramer@walsh.law

**KAUFMAN BORGEEST & RYAN, LLP**

By: /s/ Dianna D. McCarthy
Dianna D. McCarthy, Esq.
Incoming counsel for Defendant
*Ivan Ramkhelawan-Singh*
120 Broadway, 14th Floor
New York, New York 10271
212.980.9600
dmccarthy@kbrlaw.com

Ivan Ramkhelawan-Singh

By: _____
Ivan Ramkhelawan-Singh

On the __31__ day of __January__, 2023 before me personally came **Ivan Ramkhelawan-Singh** to me known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed same.

Sworn or affirmed to before me this

__31__ day of __January__, 2023

_____
Notary Public

DENNIS MOHABIR
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO4949938
Qualified in Bronx County
My Commission Expires 04/17/2023

2

8761215

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

ALTHEA BEAZER,

              Plaintiff,

vs.

REBEKAH REHAB & EXTENDED CARE
CENTER, KENNETH GELB, CONNIE CAPALDO,
and IVAN RAMKHELAWAN-SIN,

              Defendants.

Index No.: 810512/2022E

**SUBSTITUTION OF COUNSEL**

---

The undersigned consent to the substitution of Kaufman Borgeest & Ryan LLP for Walsh Pizzi O'Reilly Falanga LLP, as counsel for Defendant Ivan Ramkhelawan-Singh.

Withdrawing Attorneys:
Walsh Pizzi O'Reilly Falanga, LLP

By: _____
David D. Cramer, Esq.

Superseding Attorneys:
Kaufman Borgeest & Ryan LLP

By: ____/s/ Dianna McCarthy____
Dianna M. McCarthy

Dated:  February 3, 2023