```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  May 1, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALTHEA BEAZER

                       Plaintiff,

    -against-                                 [23-CV-967] (KMW)

REBEKAH REHAB & EXTENDED                      **ORDER**
CARE CENTER, *et al.*,

                       Defendants.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The parties are ordered to file a joint memorandum detailing what has transpired in this litigation since its inception. The parties' joint memorandum is due May 10, 2024.

SO ORDERED.

Dated: New York, New York
       May 1, 2024                                   */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                          United States District Judge