USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 17, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALTHEA BEAZER,

           Plaintiff,

  -against-                                  23-CV-967 (KMW)
                                                  ORDER

REBEKAH REHAB & EXTENDED
CARE CENTER, KENNETH GELB, and
CONNIE CALPADO

           Defendants.

------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALTHEA BEAZER

           Plaintiff,

  -against-                                  24-CV-1057 (KMW)
                                                  ORDER

REBEKAH REHAB CENTER & EXTENDED
CARE CENTER, and IVAN
RAMKHELAWAN-SIN

           Defendants.

------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

      Two related actions have been filed, and are before this Court. The two actions are

*Althea Beazer v. Rebekah Rehab & Extended Care Center, Kenneth Gelb,* and *Connie Calpado*,

23-CV-967, and *Althea Beazer v. Rebekah Rehab & Extended Care Center,* and *Ivan*

1

*Ramkhelawan-Sin,* 24-CV-1057. Fed. R. Civ. P. 42(a) provides that a court may consolidate actions that "involve a common question of law of fact." Fed. R. Civ. P. 42(a); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2d Cir. 1990), *cert. denied,* 498 U.S. 920 (1990). Courts have "broad discretion to determine whether consolidation is appropriate," *Johnson,* 899 F.2d at 1284, and courts can consolidate actions *sua sponte*. *Devlin v. Transp. Communications Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999).

Barring any objection from the parties, the Court intends to consolidate the actions, *Althea Beazer v. Rebekah Rehab & Extended Care Center, Kenneth Gelb,* and *Connie Calpado*, 23-CV-967, and *Althea Beazer v. Rebekah Rehab & Extended Care Center,* and *Ivan Ramkhelewan-Sin,* 24-CV-1057, for all pretrial purposes. Any objections must be made no later than June 24, 2024.

SO ORDERED.

Dated: New York, New York
June 17, 2024

                                                       /s/ Kimba M. Wood
                                                      Kimba M. Wood
                                                      United States District Judge