USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 22, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTHEA BEAZER,

                Plaintiff,

     -against-

REBEKAH REHAB & EXTENDED
CARE CENTER, KENNETH GELB, and
CONNIE CALPADO,

                Defendants.

------------------------------------------------------------------X

23-CV-967 (KMW)

ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTHEA BEAZER,

                Plaintiff,

     -against-

REBEKAH REHAB CENTER & EXTENDED
CARE CENTER, and IVAN
RAMKHELAWAN-SIN,

                Defendants.

------------------------------------------------------------------X

24-CV-1057 (KMW)

ORDER

KIMBA M. WOOD, U.S.D.J.:

### I.      Consolidation for Pretrial Purposes

On consent of the parties, the above-captioned cases are hereby consolidated for all pretrial purposes. Future pretrial submissions in the action shall be docketed in civil case number 23-CV-967 and shall bear the following caption:

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTHEA BEAZER,

       Plaintiff,

      -against-

REBEKAH REHAB & EXTENDED
CARE CENTER, *et al.,*

       Defendants.

This Document Relates To:
24-CV-1057 (KMW)

------------------------------------------------------------------X

                       23-CV-967 (KMW)

## II.    Initial Rule 16 Conference

The Court will wait until after the parties' August 6, 2024 mediation session to schedule a Rule 16 initial pretrial conference.  The parties shall file a joint memorandum detailing what has transpired since the May 9 status report (ECF No. 31), after the August 6 mediation and by August 13, 2024.

       SO ORDERED.

Dated: New York, New York
       July 22, 2024

                     */s/ Kimba M. Wood*
                     Kimba M. Wood
                     United States District Judge