USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Althea Beazer,

                          Plaintiff,

      -against-                                 23-CV-967 (KMW)

                                                    **ORDER**

REBEKAH REHAB & EXTENDED CARE
CENTER, *et al.*,

                          Defendants.


This Document Relates To:
24-CV-1057 (KMW)

----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The parties are directed to comply with Fed. R. Civ. P. 26(a)(1).

      The parties shall meet and confer to agree to a schedule for the completion of discovery, and the date on which they will be ready for trial. The parties shall consult the Court's Individual Rules of Practices when agreeing to a discovery schedule. That schedule must be filed no later than October 28, 2024.

      SO ORDERED.

Dated: New York, New York
       August 21, 2024

                                                          /s/ *Kimba M. Wood*
                                                    KIMBA M. WOOD
                                         United States District Judge