USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALTHEA BEAZER,

                      Plaintiff,

      v.

REBEKAH REHAB & EXTENDED
CARE CENTER, et al.,

                      Defendants.
--------------------------------------------------------X

23-CV-967 (KMW)

24-CV-1057 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      By Order on August 21, 2024 (ECF No. 35), the parties were directed to meet and confer, and to file a schedule for the completion of discovery with an agreed-upon trial date "no later than October 28, 2024."  No schedule has been filed.  The parties are directed to submit the discovery schedule by November 12, 2024.

      SO ORDERED.

Dated: New York, New York
       November 4, 2024

                                               */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                     United States District Judge